**Order entered January 7, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00370-CV

### GENA MARCELLA MERCADANTE, ET AL., Appellants

### V.

### ZLH LC, INC. F/K/A ZALE LIPSHY UNIVERSITY HOSPITAL, INC., Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-15882**

## ORDER

We **GRANT** appellants' January 5, 2015 motion for an extension of time to file their Motion to Vacate Order Granting Appellee's Motion to Dismiss and Related Orders which the Court construes as a motion for rehearing en banc. Appellants' December 19, 2014 motion for rehearing en banc is deemed timely and will be ruled on in due course.

/s/     ADA BROWN
            JUSTICE